# FOURTH DEPARTMENT.

## GENERAL TERM, APRIL, 1874.

### HACKER v. FERRILL, appellant.

*Statute of frauds — manner of charging accounts.*

Goods furnished by the plaintiff to and for the use of G., the defendant's servant, were in fact delivered upon the credit of the defendant, and charged to him, although entered in the plaintiff's books under the name of G. It was proved that during the previous year the defendant had paid bills of the plaintiff for supplies to G., furnished in a similar manner. *Held,* that the case was not within the statute of frauds ; and that a recovery by the plaintiff could be sustained. *Green* v. *Disbrow,* 7 Lans. 381.

*Held,* also, that if the defendant actually authorized the plaintiff to advance goods to G. on his (the defendant's) credit, it was immaterial whether any arrangement between him and G., to that effect, existed.

APPEAL from an order of the county court denying a new trial in an action originating in a justice's court. The action was brought by George H. Hacker against Joseph Ferrill to recover for the price of meat furnished to defendant's servant and at his request.

*Wm. B. Mills,* for appellant.

*Lyon & Hallock,* for respondent.

E. DARWIN SMITH, J.

The head-note states the substance of the points passed upon in the opinion.

*Judgment affirmed.*